# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BANKS, | CASE NO. 1:06-CV-01162 AWI SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE, REASSIGN JUDGES, AND SEND NOTICE OF NEW CASE NUMBER |
| v. | |
| MICHAEL J. YRACEBRUN, | |
| Defendant. / | |

On August 29, 2006, Plaintiff Michael L. Banks filed the complaint upon which this action proceeds. The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement at a California state prison. Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to:

1. Change the designation of the present case to reflect that of a regular civil action;

2. Randomly assign new judges to the case; and

3. Send a notice of the new case number to all parties in this action.

IT IS SO ORDERED.

**Dated:   September 1, 2006**           **/s/ Sandra M. Snyder**
icido3                                   UNITED STATES MAGISTRATE JUDGE

1