1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    MICHAEL L. BANKS,                         CASE NO. 1:06-CV-01162 AWI SMS PC

10                          Plaintiff,          ORDER DIRECTING CLERK OF THE COURT
                                               TO REDESIGNATE CASE, REASSIGN
11         v.                                   JUDGES, AND SEND NOTICE OF NEW
                                               CASE NUMBER
12   MICHAEL J. YRACEBRUN,

13                          Defendant.
     _____/
14

15         On August 29, 2006, Plaintiff Michael L. Banks filed the complaint upon which this action

16   proceeds.  The Clerk of the Court incorrectly designated the action as one involving a prisoner

17   litigating the conditions of his confinement at a California state prison.  Upon further review of the

18   Court, it has been determined that the present action does not involve state prison conditions of

19   confinement.  Therefore, the Clerk of the Court is DIRECTED to:

20         1.    Change the designation of the present case to reflect that of a regular civil action;

21         2.    Randomly assign new judges to the case; and

22         3.    Send a notice of the new case number to all parties in this action.

23
24
25

26   IT IS SO ORDERED.

27   **Dated:    September 1, 2006**              _____/s/ Sandra M. Snyder_____
     icido3                                      UNITED STATES MAGISTRATE JUDGE
28

1