IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. BANKS, | CASE NO. CV F 06-1162 OWW LJO |
| Plaintiff, | **ORDER TO PROCEED IN FORMA PAUPERIS** |
| vs. | |
| MICHAEL J. YRACEBRUM, | |
| Defendant. | |

Plaintiff Michael L. Banks ("plaintiff") is incarcerated and proceeds pro se in this action. Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this Court pursuant to 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72-302.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $350 for this action.[1] Plaintiff has been without prison trust account funds for six months and is currently without funds. Accordingly, the Court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's

---

[1] The statutory filing fee for all civil actions, except applications for writs of habeas corpus, is $350. *See* 28 U.S.C. § 1914(a).

1

income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency/officer to this Court's clerk each time the amount in plaintiff's account exceeds $10, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

On the basis of good cause, this Court:

1. GRANTS plaintiff's request for leave to proceed in forma pauperis; and

2. ORDERS plaintiff to pay the statutory filing fee of $350 for this action. The fee shall be collected and paid in accordance with this Court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

**Dated:   September 22, 2006**             /s/ Lawrence J. O'Neill
66h44d                                       UNITED STATES MAGISTRATE JUDGE