**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL L. BANKS, | CASE NO. CV F 06-1162 OWW LJO |
| Plaintiff, | **ORDER ON EXTENSION REQUEST** |
| vs. | (Doc. 11.) |
| MICHAEL J. YRACEBRUM, | |
| Defendant. / | |

Plaintiff Michael L. Banks ("plaintiff") is incarcerated and proceeds pro se in this civil rights action under 42 U.S.C. § 1983. On October 23, 2006, plaintiff filed a document which this Court construes as plaintiff's request for a 30-day extension to file objections to this Court's September 27, 2006 Findings and Recommendations to Dismiss Action. This Court GRANTS plaintiff an extension to November 27, 2006 to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   October 25, 2006**          **/s/ Lawrence J. O'Neill**
66h44d                                     UNITED STATES MAGISTRATE JUDGE

1