**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL L. BANKS,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHAEL J. YRACEBRUN,<br><br>                Defendant.<br>_____ / | CASE NO. CV F 06-1162 OWW LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |

### BACKGROUND

Plaintiff Michael L. Banks ("plaintiff") is incarcerated and proceeds pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983 ("section 1983"). Plaintiff proceeds with a 42 U.S.C. § 1983 ("section 1983") form complaint ("complaint") to name as defendant Michael J. Yracebrun ("Mr. Yracebrun"), Supervising Deputy District Attorney with the Kern County District Attorney's Office ("DA's Office"). The complaint indicates that the DA's Office denied plaintiff's request for detailed information and statistics regarding "parolees of Bakersfield and Kern County from 1994 to 2006, who had prior strikes and suffered a new felony conviction solely drug violations [sic] and they were returned to California Department of Corrections and Rehabilitation." The complaint seeks an order for the detailed parolee information and statistics. Plaintiff attaches to his complaint copies of California court records to suggest California courts denied him relief sought here and his requests for information under the California Public Records Act.

The magistrate judge issued September 27, 2006 findings and recommendations to dismiss this action without prejudice on grounds that the complaint: (1) fails to establish this Court's subject matter jurisdiction, to satisfy pleading requirements and to allege cognizable section 1983 claims; and (2) appears intended to vex Mr. Yracebrun.  Plaintiff filed no timely objections to the findings and recommendation despite an extension to do so.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  After evaluating the record, this Court finds the magistrate judge's September 27, 2006 findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's September 27, 2006 findings and recommendations;
2. DISMISSES this action without prejudice on grounds that the complaint: (1) fails to establish this Court's subject matter jurisdiction, to satisfy pleading requirements and to allege cognizable section 1983 claims; and (2) appears intended to vex Mr. Yracebrun; and
3. DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 28, 2006**           /s/ Oliver W. Wanger
emm0d6                                               UNITED STATES DISTRICT JUDGE