IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MICHAEL BANKS,** | ) | No. CV-F-06-1162 OWW |
| | ) | |
| | ) | **ORDER DENYING PLAINTIFF'S** |
| **Plaintiff,** | ) | **MOTION FOR RECONSIDERATION** |
| | ) | (Doc. 17) |
| **vs.** | ) | |
| | ) | |
| **MICHAEL J. YRACEBRUN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

On September 27, 2006, the United States Magistrate Judge recommended that this action on the grounds that the Complaint fails to establish this Court's subject matter jurisdiction, to satisfy pleading requirements, to allege cognizable claims under 42 U.S.C. § 1983, and appears intended to vex Defendant Michael Yracebrun.

Plaintiff moved for a thirty day extension of time because Plaintiff "had been working on Petition for Writ of Habeas Corpus to exhaust issues at the State Supreme Court by next week on the 29th it will be completed." (Doc. 11). The Magistrate Judge

deemed this motion to be a request for an extension of time to file objections to the recommendation and granted the motion, giving Plaintiff until November 27, 2006 to file objections. (Doc. 12).

By Order filed on November 29, 2006, the recommendation was adopted and the action dismissed. (Doc. 13) Judgment was entered on November 29, 2006.

On December 4, 2006, Plaintiff's objections to the recommendation were filed. The objections are dated November 28, 2006 as is the Proof of Service. (Doc. 15).

On December 6, 2006, Plaintiff filed a motion for extension of time, requesting an additional ten days "because the Law Library was closed Friday 11-11-06, through 11-15-06, due to the Librarian being unavailable" and asserting that the "Library is closed on weekends and holidays." (Doc. 16). The motion for extension of time is dated November 20, 2006 as is the Proof of Service.

Because Plaintiff's objections were untimely filed, the objections are not considered.

Plaintiff's motion for reconsideration raises grounds already considered by the Magistrate Judge and the Court and does not demonstrate that the rulings were clearly erroneous or contrary to law.

ACCORDINGLY:

1. Plaintiff's motion for reconsideration is DENIED.

///

1  IT IS SO ORDERED.

2  **Dated:   July 10, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

3